# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JARRID BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-CV-132 SPM |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER[1]

This matter is before the Court on Defendants' Motion to Dismiss (Doc. 11), filed April 12, 2021. Plaintiff responded in opposition on April 26, 2021 (Doc. 14), stating that Defendants' motion was moot because Plaintiff was amending his Complaint. On May 3, 2021, Plaintiff filed his First Amended Complaint (Doc. 17) and Defendants responded by filing their Motion to Dismiss (Doc. 23) addressing the First Amended Complaint. Based on the foregoing,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 11) is **DENIED** as moot.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of March, 2022.

---

[1] The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Doc. 16).