UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JARRID BERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:21-cv-132-SPM |
| CITY OF ST. LOUIS, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

This matter is before the Court *sua sponte*. On June 8, 2022, the undersigned entered a Memorandum Opinion and Order (Doc. 43) granting in part and denying in part Defendants' motion to dismiss Plaintiff's First Amended Complaint. To the extent Defendants' motion was granted, the Court dismissed Counts II, VII, VIII, and IX of Plaintiff's Complaint without prejudice. The Court otherwise denied Defendants' motion. As such, Counts I, III, IV, V, VI, and X are still live claims for which Defendants must file their respective answers or otherwise respond. To date, Defendants have yet to file any such response(s). The Court will provide Defendants the opportunity to file these documents within fourteen (14) days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants must file their respective answers or otherwise plead to Plaintiff's First Amended Complaint (Doc. 17) within **fourteen (14) days** of the date of this Order.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of July, 2022.