IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JARRID BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:21-CV-00132 |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff Jarrid Berry and Defendants City of St. Louis, et al., and hereby notify the Court that the parties have reached a settlement.

WHEREFORE, parties respectfully request the Court pass this matter for sixty (60) days to finalize settlement.

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

By:   */s/Patrick A. Hamacher*
Patrick A. Hamacher   #63855MO
211 N. Broadway, Suite 2950
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
hamacher@ngklawfirm.com

*/s/ Elad Gross*
Elad Gross     #67125MO
5653 Southwest Ave.
St. Louis, MO 63139
314-753-9033 phone
Elad.J.Gross@gmail.com

AND

        Respectfully submitted,

        SHEENA HAMILTON
        CITY COUNSELOR

         /s/ Abby Duncan
        Abby Duncan, #67766 (MO)
        Associate City Counselor
        1200 Market Street,
        City Hall- Room 314
        St. Louis, MO  63103
        Tel: (314) 622-4694
        Fax: (314) 622.4956
        E-mail: DuncanA@stlouis-mo.gov

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on November 14, 2022, and served via the Court's electronic filing system upon all counsel of record.

         /s/ Abby Duncan
        Abby Duncan
        Associate City Counselor